MW 12/4

AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

United States Courts
Southern District of Texas
FILED
DEC 06 2007
Michael N. Milby, Clerk of Court

Southern DISTRICT OF Texas

UNITED STATES OF AMERICA
V.
Benjamin Sutton, III and
Paul Samuel Manning

**CRIMINAL COMPLAINT**

Case Number: H-07-1068 M

(Name and Address of Defendant)

I, the undersigned complainant, state that the following is true and correct to the best of my knowledge and belief.

On or about November 26, 2007 in Harris County, in the Southern District of Texas defendant, Benjamin Sutton, III, did, by force, violence, and intimidation, take from the person and presence of another, money, belonging to and in the care, custody, control, management, and possession of Wells Fargo Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation;

in violation of Title 18, United States Code, Section 2113(a).

On or about December 4, 2007 in Harris County, in the Southern District of Texas defendants, Benjamin Sutton, III and Paul Samuel Manning, did by force, violence, and intimidation, take from the person and presence of another, money, belonging to and in the care, custody, control, management, and possession of Wells Fargo Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation;

in violation of Title 18, United States Code, Section 2113(a).

I further state that I am a(n) Special Deputy U.S. Marshal (Official Title) and that this complaint is based on the following facts:

See attached Affidavit in support of Criminal Complaint.

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

[signature]
Signature of Complainant

David Ryza
Printed Name of Complainant

Sworn to before me and signed in my presence,

December 6, 2007 at Houston, Texas
December 6, 2007
Date / City State

Calvin Botley, United States Magistrate Judge
Name of Judge / Title of Judge

[signature]
Signature of Judge

Rom 12/4

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND SEARCH WARRANT SOUTHERN DISTRICT OF TEXAS

I, David Ryza, being duly sworn, depose and say;

## A. EXPERIENCE AND TRAINING

1. I am a Sergeant with the Houston Police Department (HPD) who is also a Special Deputy United States Marshal assigned to the Federal Bureau of Investigation, Bank Robbery Task Force, duly appointed according to law and acting as such. I have been a sworn law enforcement officer for 32 years. For the last 25 years, I have been assigned to investigate the crime of robbery and since February 2005, I have been assigned full time to the Bank Robbery Task Force. The facts contained in this affidavit are based upon information provided to me by other law enforcement officers, other witnesses, and my own personal knowledge. Since this affidavit is made for the limited purpose of supporting a Criminal Complaint and Search Warrant, I have not set forth each and every fact learned during the course of this investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause for the crime charged and to support the search warrant.

## B. INTRODUCTION

2. I have personally participated in this investigation and am familiar with the information contained in this affidavit either through personal investigation or through discussions with other law enforcement personnel. The following information is derived from interviews , analytical data searches and surveillance. All facts set forth below are true and correct to the best of my knowledge.

## C. SPECIFIC FACTS

3. On Monday, 11/26/2007, Wells Fargo Bank, 3601 Eastex Freeway, Houston, Texas, was robbed by a lone black male later referred to as UNKNOWN SUBJECT (UNSUB). At approximately 9:00 A.M., UNSUB entered the bank and approached the Security Guard, J.E., and produced a pistol from his jacket with his right hand. UNSUB placed the pistol to J.E.'s left side and with his other hand, felt around J.E.'s waistband. J.E. explained to the UNSUB that all he had was his cell phone and was not armed. The UNSUB told J.E. "Don't you move, don't say nothing." J.E. responded that he has kids and would cooperate. The UNSUB then told him, "Well, you come up there with me." UNSUB grabbed J.E. by the jacket collar with his left hand and kept the gun against J.E.'s left side as they walked to the teller counter. At the teller counter, the UNSUB reached into his jacket pocket with his gun hand and removed a white plastic bag. UNSUB tossed the bag to a teller and stated, "I need ya'll to put the money in the bag right now. I'm not playing. I'll kill him." With that statement, the UNSUB placed the gun to J.E.'s head. The UNSUB looked at the other tellers, pointed his gun at them and said "Man, what ya'll standing around for. Hey I need ya'll to put money in the bag. The UNSUB then pushed the gun to J.E.'s head again and says, "ya'll think I'm playing . I'm gonna cap him in his head." All the tellers placed money in the bag. The UNSUB grabbed the bag and grabbed J.E.'s collar and lead

J.E. to the doors exiting the bank. J.E. was able to free himself from the UNSUB and ran back into the rear of the bank. J.E. saw the UNSUB running south thru the parking lot. J.E. and the victim tellers described UNSUB as a Black Male, mid 30's, 220-300 pounds, 5'10 to 6', heavy build, mustache, dark blue windbreaker jacket, faded dickie pants, round reading glasses and carrying a black semi auto pistol. The loss to the bank was $21,347.00. The bank is insured by the Federal Deposit Insurance Corporation.

4. On 11/26/2007, witness R.K., of Houston, Texas, was in Wells Fargo Bank conducting a bank transaction when UNSUB robbed the bank. Immediately after UNSUB left the bank on foot R.K. followed UNSUB where R.K. observed the UNSUB attempt to get into a vehicle at the corner but the vehicle sped off. R.K. followed the UNSUB several blocks from the bank in his vehicle and observed what he believes the UNSUB driving away in a black Ford Excursion with beige trim around the wheel wells, bearing Texas license plates. R.K. is sure the digits K9 and possibly "G" were some of the digits of the license plate.

5. On Tuesday, 12/04/2007, Wells Fargo Bank, 3434 Tidwell, Houston, Texas, was robbed by two black males later referred to as UNSUB #1 and UNSUB #2. At approximately 1:00 P.M., UNSUB #1 entered the bank and approached the Security Guard, T.J. T.J. immediately recognized UNSUB #1 as being the same individual he had seen in a Wells Fargo robbery flyer photograph. UNSUB #1 held a semi automatic pistol against T.J.'s abdomen and checked T.J.'s waistband to check for weapons. UNSUB #1 pulled Jones by his jacket towards the teller counter. UNSUB #1 instructed everyone in the bank to "Get down on the floor." UNSUB #1 ordered T.J. to get down on his knees and UNSUB #1 placed the barrel of his pistol against the right side of T.J.'s head. T.J. heard UNSUB #1 say words to the effect of, "Put the money in there," and "I want the money." Other witnesses and tellers described UNSUB #2 next to the teller station holding a long barrel revolver and a "Nike" gym bag that was used to collect the teller's money.

6. UNSUB #1 and UNSUB #2 departed the bank and Jones went to lock the bank door. T.J. observed UNSUB #1 in the bank parking lot standing next to the open drivers door of a tan/silver color sport utility vehicle (SUV). T.J. observed several people running in the parking lot. D.L., of Houston, Texas, was sitting in his 2002 black Chevrolet Extended cab pickup truck, facing the bank's front door. D.L. was in the truck with three of his coworkers. D.L. observed two black males enter the bank for a short period of time. D.L. heard a gun shot, which made him look around and observed UNSUB #1 in the drivers seat of the SUV parked in front of the bank. D.L. observed UNSUB #2 was in the passenger seat of the same SUV. A female holding a baby was backing away from the vehicle and ran into the bank. D.L. started his vehicle in an attempt to drive away when he noticed both UNSUBS get out of the SUV and look around. UNSUB #1 pointed his handgun at D.L. and walked towards his truck. UNSUB #1 stated "Partner, I got to have that truck. I gotta have that truck." D.L., fearing for life turned the ignition off, left the keys in the ignition and exited the truck. UNSUB #1 got into the drivers seat and UNSUB #2 got into the passenger seat. D.L. witnessed the UNSUBS start the vehicle and drive out of the bank's parking lot. Witnesses at the bank described UNSUB #1 as a black male, mid 30's, 5'10"- 6' 0", 250 - 300 pounds, heavy build, dark complexion, white cap, white sweater, black demin pants carrying a black semi-automatic. UNSUB #2 is described as a black male 5'

8" - 5' 9", late 20's early 30's, 140 - 150 pounds, slender build, black hair, several days of facial hair, black jacket with blue lining, carrying a long barrel revolver and a black "Nike" gym bag. The loss to the bank was $8172.56. The bank is insured by the Federal Deposit Insurance Corporation.

7. On 12/04/2007, at approximately 2:00 P.M., the 2002 black Chevrolet pickup belonging to L. was discovered abandoned and on fire at 5300 Caplin, Houston, Texas, approximately five miles from Wells Fargo Bank.

8. On 12/04/2007, photographs of UNSUB #1 and UNSUB #2 along with the details of the Wells Fargo Bank robbery located at 3434 Tidwell were aired on several local television stations. At the end of the robbery broadcast, viewers were asked to contact Crime Stoppers or the FBI if they had any information concerning the Wells Fargo Bank Robbery.

9. On 12/05/2007, several anonymous tips were received at Houston Crime Stoppers. The information by the anonymous callers disclosed that Benjamin Sutton and Paul Manning were the two featured on the news channel. The callers further indicated that Benjamin Sutton lived at 6603 Hirsch, Gulf Coast Arms Apartment, Apartment #1802 Houston, Texas with his girlfriend, Lurenda Phillips, and that Paul Manning lived in the same apartment complex as Sutton in Apartment #1603. The callers had indicated that Sutton and Manning were good friends and had spent time in jail together. The callers had also seen Sutton's girlfriend Lurenda Phillips driving a Black Ford Excursion bearing Texas plate number "95KPK4".

10. Independent investigation confirmed that Paul Manning lives in apartment #1603 and Benjamin Sutton lives in apartment #1802, both within the Gulf Coast Arms Apartments, 6603 Hirsch Road, Houston, Texas 77026.

11. On 12/05/2007, a Houston Police Department Booking photograph of Paul Manning and the Texas Drivers License photograph of Benjamin Sutton were reviewed. These photographs appear to be the same persons that robbed Wells Fargo Bank on 11/26/2007 and 12/04/2007. A review of Benjamin Sutton's Texas Drivers License number 22979252, disclosed Sutton is a black male, 5' 9", 300 pounds, black hair, DOB 08/29/1978, address 6322 Hirsch Road, Houston, Texas 77026. A review of Paul S. Manning's Texas Drivers License number 00712662, disclosed Manning is a black male, 5' 10, 135 pounds, black hair, DOB 05/20/1975, address 2407 Samson #4, Houston, Texas 77004.

12. On 12/05/2007, a query of Houston Police Department (HPD) data base for Texas License plate number 95KPK4 disclosed two incident reports, numbers 157717507 and 105695707. A review of both reports disclosed Lurenda Phillips, black female, 6603 Hirsch Apartment 1802, Houston, Texas, was the complainant with her vehicle described as 2000 Ford Excursion, black and gold in color, bearing Texas License Plate number 95KPK4.

13. On 12/05/2007, a photograph array with the picture of Paul Manning was shown to employees and witnesses of the Wells Fargo Bank robbery that occurred on 12/04/2007. Five employees and witnesses positively picked Paul Manning as one of the subjects (UNSUB #2)

who robbed Wells Fargo Bank on 12/04/2007.

14. On 12/05/2007, a photograph array with the picture of Benjamin Sutton was shown to employees and witnesses of the Wells Fargo Bank robbery that occurred on 12/04/2007. Eight employees and witnesses positively picked Benjamin Sutton as one of the subjects (UNSUB #1) who robbed Wells Fargo Bank on 12/04/2007.

15. On 12/05/2007, a photograph array with the picture of Benjamin Sutton was shown to employees of the Wells Fargo Bank robbery that occurred on 11/26/2007. Two employees positively picked Benjamin Sutton as the subject who robbed Wells Fargo on 11/26/2007.

D. PROBABLE CAUSE TO SUPPORT CRIMINAL COMPLAINT

16. Based upon the information contained in this affidavit, your affiant believes there is probable cause that Benjamin Sutton and Paul Manning did by force, violence, and by intimidation, take from the person and presence of another, money, belonging to and in the care, custody, control, management, and possession of Wells Fargo Bank, a bank whose deposits were then insured by the Federal deposit Insurance Corporation in violation of Title 18, United States Code, Section 2113(a).

E. DESCRIPTION OF PREMISES TO BE SEARCHED

17. The apartment complex where Benjamin Sutton and Paul Manning reside is called the Gulf Coast Arms apartments and is located at 6603 Hirsch Road, Houston, Texas, 77026. The two apartments to be searched, Numbers 1802 and 1603, are both located within the complex. The Gulf Coast Arms apartment complex is described as: Physical description – a multi-unit complex, consisting of two story buildings with multiple apartments in each building housing both upstairs and downstairs apartment units. Each building is numbered. The Guilf Coast Arms complex sits on the northwest corner of Hirsch Road and Creston Drive.

F. DESCRIPTION OF SEARCH.

18. Rule 41 of the Federal Rules of Criminal Procedure permits the government to search for and seize evidence of crime, contraband, instrumentalities of crime, and/or fruits of crime. In this case, the warrant application requests permission to search and seize firearms, ammunition, cash or other property stolen from the Wells Fargo bank, a "Nike" black bag, and evidence regarding ownership of a Black Ford Excursion, license plate number 95KPK4. These constitute evidence of crime.

G. PROBABLE CAUSE TO SUPPORT SEARCH WARRANT.

19. Based upon the information in paragraphs 2 through 19 above, I have probable cause to believe that on the premises, to include the computer systems owned, maintained, and/or

operated at 6603 Hirsch Road, Houston, Texas, 77026, apartments 1802 and 1603, there exists evidence, fruits, and instrumentalities of violations of Title 18, United States Code, Section 2113(a). By this affidavit and application, I request that the Court issue a search warrant allowing agents to search the premises of at 6603 Hirsch Road, Houston, Texas, 77026, apartments 1802 and 1603

H. <u>REQUEST TO SEAL.</u>

20. Since this investigation is continuing, disclosure of the search warrant, this affidavit, and/or this application and the attachments thereto will jeopardize the progress of the investigation. Accordingly, I request that the Court issue an order that the search warrant, this affidavit in support of application for search warrant, the application for search warrant, and all attachments thereto be filed under seal until further order of this Court

David Ryza, Sergeant
Houston Police Department
Special Deputy United States Marshal

Sworn and subscribed before me on December 6, 2007, and I find probable cause.

Honorable Calvin Botley
U.S. Magistrate Judge